IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ORBIT ENERGY & POWER, LLC. | : | NO. 21-00777 |

## ORDER

**AND NOW**, this 8th day of November, 2021, upon consideration of the parties' "Joint Motion for Extension of Scheduling Order Deadlines" (Document No. 23), it is hereby **ORDERED** that:

1. The Motion for Extension (Document No. 23) is **GRANTED.**

2. On or before **February 15, 2022,** any fact discovery shall be completed.

3. On or before **March 22, 2022**, any dispositive motions shall be filed in accordance with local rules. Responses to any dispositive motions shall be filed by **April 22, 2022**, and Reply Briefs shall be filed by no later than **May 6, 2022**.

4. Any motions *in limine* shall be filed by **May 13, 2022**.

5. A settlement conference will be held on **March 7, 2022** at 2:00 pm.

6. Trial will commence on **Monday, June 13, 2022**, in courtroom 3F, United States Courthouse, 601 Market Street, Philadelphia, PA.

**IT IS SO ORDERED**.

BY THE COURT:

  /s/ *Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS